# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Bress, Daniel A. | 2. Court or Organization  U.S. Court of Appeals for the Ninth Circuit | 3. Date of Report  05/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Court of Appeals Judge -- Active Status | 5a. Report Type (check appropriate type)  ☐ Nomination　　Date  ☐ Initial　☑ Annual　☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  **to**  12/31/2019 |

| 7. Chambers or Office Address |
|---|
| United States Court of Appeals for the Ninth Circuit  95 7th Street  San Francisco, CA 94103 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Partner | Kirkland & Ellis LLP |
| 2.　President and Sole Shareholder | Daniel A. Bress, P.C. |
| 3.　Adjunct Professor of Law (non-compensated) | The Columbus School of Law |
| 4.　Advisory Council Member (non-compensated) | Tzedek DC |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP partnership share; final distribution was calculated at my departure from the partnership. |
| 2. 2018 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP partnership share; final distribution was calculated at my departure from the partnership. |
| 3. 2016 | Kirkland & Ellis LLP Partners Deferred Allocation Plan; payments for two years after my departure from Kirkland & Ellis LLP. |
| 4. 2016 | Kirkland & Ellis LLP 2011 Retirement Plan; self-funded retirement plan that was rolled over into a personal IRA in 2019. |
| 5. 2016 | Kirkland & Ellis capital contribution; balance was repaid at my departure from the partnership. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bress, Daniel A.** | 05/15/2020 |

6. 2008                            Kirkland & Ellis LLP defined contribution 401(k) savings plan.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP, aggregated partnership income | $2,747,825.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | October 3, 2019 | Stanford, CA | Panel discussion for law students | Transportation; meal. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Kirkland & Ellis LLP | Gift of two judicial robes upon confirmation as a judge | $1,032.59 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citi Private Bank | Loan for capital contribution to Kirkland & Ellis LLP | None |
| 2. | The Potomac School | Tuition for 2019-2020 school year. | None |
| 3. | Randolph Street Investment Partners, L.P. | Remaining unfunded commitments to private equity funds. | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Share in Bress Properties LLC (real estate partnership) | C | Distribution | N | W | | | | | |
| 2. USAA cash accounts | A | Interest | K | T | | | | | |
| 3. USAA COD | B | Interest | M | T | | | | | |
| 4. Bank of America cash accounts | A | Interest | | | Closed | | | | |
| 5. Citi Private Bank cash accounts | E | Interest | P1 | T | | | | | |
| 6. International Business Machines Corp. stock | A | Dividend | K | T | | | | | |
| 7. Essex Property Trust Inc. stock | A | Dividend | | | Sold | 08/16/19 | J | C | |
| 8. Roth IRA (H) | | | | | | | | | |
| 9. - Bridgeway Omni Small Cap Value | A | Dividend | K | T | | | | | |
| 10. IRA #1 (H) | | | | | | | | | |
| 11. - Fidelity government cash reserves (FDRXX) | A | Interest | J | T | | | | | |
| 12. - DFA US Large Cap Value Port III | D | Dividend | M | T | Buy | 08/21/19 | L | | |
| 13. - DFA International Value Port III | A | Dividend | K | T | Buy | 08/21/19 | K | | |
| 14. - DFA US Large Company Portfolio | A | Dividend | K | T | Buy | 08/21/19 | J | | |
| 15. IRA #2 (H) | | | | | | | | | |
| 16. - Fidelity government cash reserves (FDRXX) | A | Interest | J | T | | | | | |
| 17. - DFA Commodity Strategy Port INSTL | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 19.  - Dimensional Emerging Mkts Val PRTF INSTL | A | Dividend | K | T | Buy | 12/13/19 | J | | |
| 20.  - DFA US Targeted Value PRTF INSTL | A | Dividend | K | T | | | | | |
| 21.  Investment Account #1 (H) | | | | | | | | | |
| 22.  - Fidelity cash sweep account | A | Interest | J | T | | | | | |
| 23.  - Brown Advisory Flexible Equity INVS | A | Dividend | K | T | | | | | |
| 24.  - Brown Advisory Grwth Equity Investor | B | Dividend | K | T | | | | | |
| 25.  - Bridgeway Omni Tax Mngd Small Cap Value | A | Dividend | J | T | | | | | |
| 26.  - DFA US Targeted Value PRTF INSTL | C | Dividend | M | T | Sold (part) | 12/13/19 | K | | |
| 27.  - DFA Tax Mngd US Mkt Wide Val Port II | B | Dividend | L | T | | | | | |
| 28.  - DFA Real Estate SEC PRTF INSTL | A | Dividend | K | T | | | | | |
| 29.  - DFA US Small Cap Portfolio INSTL CL | B | Dividend | L | T | | | | | |
| 30.  - DFA Tax Managed US Small Cap Port | A | Dividend | J | T | | | | | |
| 31.  - DFA US Large Cap Value Port III | C | Dividend | L | T | | | | | |
| 32.  - DFA International Vector Equity Port | B | Dividend | L | T | | | | | |
| 33.  - DFA International SM Cap Grwth Port INSTL | A | Dividend | K | T | | | | | |
| 34.  - DFA Tax Managed US Equity Portfolio | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - DFA Tax Managed International Value | C | Dividend | L | T | | | | | |
| 36.   - Harbor Cap App INST | C | Dividend | K | T | | | | | |
| 37.   - Vanguard Div Apprec Index Admiral SHS | A | Dividend | K | T | | | | | |
| 38.   - Vanguard Small-Cap Index Admiral | A | Dividend | J | T | | | | | |
| 39.   - DFA Tax Managed US Targeted Value Port | | | L | T | Buy | 12/23/19 | L | | |
| 40.   Investment Account #2 (H) | | | | | | | | | |
| 41.   - Fidelity government cash reserves (FDRXX) | A | Interest | J | T | | | | | |
| 42.   - DFA Emerging Markets Portfolio | A | Dividend | J | T | | | | | |
| 43.   - Dimensional Emerging Mkts Val PRTF INSTL | A | Dividend | J | T | | | | | |
| 44.   - DFA International Small Company Port | A | Dividend | J | T | | | | | |
| 45.   - DFA Real Estate SEC PRTF INSTL | A | Dividend | K | T | | | | | |
| 46.   - DFA Tax Managed US Small Cap Port | A | Dividend | K | T | | | | | |
| 47.   - DFA INTL Small Cap Value | A | Dividend | J | T | | | | | |
| 48.   - DFA Tax Managed International Value | A | Dividend | K | T | | | | | |
| 49.   - DFA Tax Managed US Targeted Value Port | B | Dividend | K | T | Buy (add'l) | 12/23/19 | J | | |
| 50.   - Fidelity Municipal Money Market Fund (FTEXX) | A | Int./Div. | J | T | | | | | |
| 51.   - General Electric Co. stock | A | Dividend | | | Sold | 08/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Pepsico Inc. stock | A | Dividend | K | T | | | | | |
| 53. - Procter & Gamble stock | A | Dividend | K | T | | | | | |
| 54. - SPDF S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 55. - SYSCO Corp. stock | A | Dividend | K | T | | | | | |
| 56. - Exxon Mobil Corp. stock | A | Dividend | | | Sold | 08/09/19 | J | B | |
| 57. 529 Account #1 (H) | | | | | | | | | |
| 58. - American Funds: AMCAP 529F1 | B | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 59. - American Funds: American Balanced Fund 529F1 | B | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 60. - American Funds: Fundamental Investors 529F1 | B | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 61. - American Funds: New World Fund 529F1 | A | Dividend | K | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 62. 529 Account #2 (H) | | | | | | | | | |
| 63. - American Funds: AMCAP Fund 529F1 | B | Dividend | K | T | | | | | |
| 64. - American Funds: American Balanced Fund 529F1 | A | Dividend | K | T | | | | | |
| 65. - American Funds: Fundamental Investors 529F1 | B | Dividend | K | T | | | | | |
| 66. - American Funds: New Wolrd Fund F29F1 | A | Dividend | K | T | | | | | |
| 67. 529 Account #3 (H) | | | | | | | | | |
| 68. - American Funds Growth Portfolio | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bress, Daniel A.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. 529 Account #4 (H) | | | | | | | | | |
| 70. - American Funds Growth Portfolio | A | Dividend | K | T | | | | | |
| 71. 529 Account #5 (H) | | | | | | | | | |
| 72. - Vanguard 500 Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 73. - Vanguard Mid-Cap Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 74. - Vanguard Small-Cap Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 75. - Vanguard Total Stock Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 76. - Vanguard Value Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 77. - 529 Account #6 (H) | | | | | | | | | |
| 78. - Vanguard 500 Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 79. - Vanguard Mid-Cap Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 80. - Vanguard Small-Cap Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 81. - Vnaugard Total Stock Market Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 82. - Vanguard Value Index Portfolio | | None | J | T | Buy | 12/09/19 | J | | |
| 83. 401(k) #1 (H) | | | | | | | | | |
| 84. - Target Retirement 2045 Trust 1 | | None | O | T | | | | | |
| 85. 401(k) #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - Schwab Managed Ret Trust 2040 CI V | | None | L | T | | | | | |
| 87.   John Hancock Variable Universal Life: 500 Index | | | | | Closed | 08/15/19 | J | A | |
| 88.   Pacific Life Flexible Premium Indexed Adjustable Life Insraunce | | | | | Closed | 08/15/19 | J | | |
| 89.   HSA cash account (Y) | | | | | | | | | |
| 90.   Associated Bank HSA: Dodge & Cox Balanced | | None | J | T | | | | | |
| 91.   Randolph Street Investment Partners, L.P. - 2017 PEF | A | Dividend | | | Sold | 07/22/19 | K | | |
| 92.   Randolph Street Investment Partners, L.P. - 2018 PEF | A | Dividend | | | Sold | 07/22/19 | K | | |
| 93.   Fidelity Charitable Moderate Growth Fund | | None | K | T | | | | | |
| 94.   United States savings bonds (03/2020 maturity date) | A | Interest | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bress, Daniel A.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bress, Daniel A.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am informed that for the Schwab and Vanguard 401(k) accounts, the Vanguard 529 accounts, and the insurance investment accounts, there are no distributions to date. Dividends and capital gains remain in the fund and are reflected in the net asset value rather than being distributed and reinvested in additional shares of the fund.

With respect to the Positions listed in Part I, I no longer hold any of them at this time.

| Name of Person Reporting | Date of Report |
|---|---|
| Bress, Daniel A. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Daniel A. Bress**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544